UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 7-ELEVEN, INC.<br>    Plaintiff, | : | |
| | | CIVIL ACTION |
| v. | : | NO. 18-3521 |
| | | |
| JAGIR INC. and AMRIT DHALIWAL<br>    Defendants. | : | |

**ORDER**

AND NOW, this 24th day of October, 2018, upon consideration of the Report and Recommendation (ECF No. 18) issued by the Honorable Lynne A. Sitarski in the above-captioned matter, it is hereby ORDERED as follows:

(1) The Report and Recommendation (ECF No. 18) is ADOPTED and APPROVED; and,

(2) Because the issues between Plaintiff and Defendants have been settled and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED and DECREED that the claims against Defendants are DISMISSED with prejudice pursuant to agreement of counsel.

BY THE COURT:

/s/ C. Darnell Jones, II   J.